**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Branden Scott BOWSER,**
**Defendant–Appellant.**

**No. 12–15521**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 31, 2013.

Joyce White Vance, Ramona Albin, Michael B. Billingsley, Praveen S. Krishna, U.S. Attorney's Office, Birmingham, AL, Terrence Murphy O'Rourke, U.S. Attorney's Office, Huntsville, AL, for Plaintiff–Appellee.

Brian David Clark, Brian D. Clark, PC, Huntsville, AL, Branden Scott Bowser, FCI Yazoo City Medium–Inmate Legal Mail, Yazoo City, MS, for Defendant–Appellant.

Before WILSON, FAY, and ANDERSON, Circuit Judges.

PER CURIAM:

Brian D. Clark, appointed counsel for Branden Scott Bowser in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bowser's conviction and sentence in the instant case are **AFFIRMED.**